**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
STIFEL, NICOLAUS & COMPANY, INC.,

                    Plaintiff,

-against-                                    21 **CIVIL** 4135 (NRB)

## JUDGMENT

SHIFT TECHNOLOGIES, INC.,

                    Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated August 23, 2022, defendant's motion to dismiss, ECF No. 22, is granted and the complaint is dismissed with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

        August 26, 2022

                                                     **RUBY J. KRAJICK**

                                                             **Clerk of Court**

                                      **BY:**      *J. Saviñon*

                                                             **Deputy Clerk**